B 265
(1/88)

04MBD10177

# United States Bankruptcy Court

**Southern** District of **New York**

In re

NICK PENACHIO CO., INC.,

        **Debtor**

Bankruptcy Case No. 01-12668 (CB)

THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS ON BEHALF OF THE ESTATE
OF NICK PENACHIO CO., INC.,

B.C. 03.0313

        **Plaintiff**
        v.

Adv. Proc. No. 03-3102

JSB INDUSTRIES, INC.

        **Defendant**

## CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

I, clerk of the bankruptcy court of this district do certify that the attached judgment is a true and correct copy of the original judgment entered in the above entitled proceeding on __November 25, 2003__ as it appears of record in my office, and that:
                                                                       (date)

X No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Bankruptcy 9024, has been filed.

☐ No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Bankruptcy Rule 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____.
                                                  (date)

☐ An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____
                                                                               (name of court)
_____ issued on _____.
                                                       (date)

☐ An appeal was taken from this judgment, and the appeal was dismissed by order entered on _____.
                                                                                    (date)

Kathleen Farrell-Willoughby
Clerk of the Bankruptcy Court

By: _____
      Deputy Clerk

4/6/2004
Date

**04 MBD 10177**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:

NICK PENACHIO CO., INC.,

        Debtor.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS ON BEHALF OF THE ESTATE OF
NICK PENACHIO CO., INC.

        Plaintiff,
    -against-

JSB INDUSTRIES, INC.

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

*Chapter 11*

Case Nos.: 01-B-12668(CB)

Adversary Proceeding No.: 03-03102

BC 03.0313

## JUDGMENT

**UPON** the notice of motion, application and affidavit of Sanders Gropper, submitted on behalf of the Official Committee of Unsecured Creditors on behalf of the estate of Nick Penachio Co., Inc. ("Plaintiff") by its attorneys, Platzer, Swergold, Karlin, Levine, Goldberg & Jaslow, LLP, dated October 14, 2003, for an order pursuant to Rule 7055 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for judgment by default and upon the summons and notice of pre-trial hearing and complaint issued and served, and the affidavit of service, and upon failure of the Defendant, JSB Industries, Inc. ("Defendant in Default" and/or "Defendant"), to answer the complaint or to otherwise respond to the Complaint, and

**UPON** the hearing held in connection therewith on November 19, 2003 and Defendant's

A:\JSB Industries Judgment.wpd



failure to appear thereat, and

**WHEREAS** Plaintiff asserts that the relief sought in the Complaint is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(F) and (O), and

**WHEREAS** the Defendant in Default has not contested that this is a core proceeding, and

**WHEREAS** Plaintiff is entitled to pre-judgment interest at a rate of 9.00% pursuant to N.Y. C.P.L.R. §§5001 and 5004; it is hereby

**ORDERED** that judgment is hereby entered against JSB Industries, Inc., in the sum of $9,567.00 together with $806.77 in interest, calculated at the rate of 9.00% per annum from September 10, 2002 to August 18, 2003, plus $150.00 costs, representing the cost of filing the instant adversary proceeding, plus $20.00 representing the statutory costs pursuant to 28 U.S.C. §1923, all totaling the sum of $10,543.77.

Dated: New York, New York
November 20, 2003

/s/ Cornelius Blackshear
UNITED STATES BANKRUPTCY JUDGE

I hereby attest and certify on 4/6/04 that this document is a full, true and correct copy of the original filed on the court's electronic case filing system.

Clerk, US Bankruptcy Court, SDNY

By: _____ Deputy Clerk